

# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2021

No. 04-21-00325-CV

**ISI CONTRACTING, INC.** and Guerra Construction,
Appellants

v.

Naomi **MARKHAM**, Carrie Markham, and Trevor Markham, Individually and as the
Administrator of the Estate of Joslyn Markham, Deceased,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI01166
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

    Appellees' brief was originally due November 2, 2021. Appellees' first motion for extension of time was granted, extending the deadline for filing the brief to November 16, 2021. On November 10, 2021, the appellees filed a motion requesting an additional extension of time to file the brief until December 1, 2021, for a total extension of 29 days. After consideration, we **GRANT** the motion and **ORDER** appellees to file their brief by **December 1, 2021**.

_____
Beth Watkins, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of November, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court